**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**No. 24-12603-HH**

---

DIMERCO EXPRESS (USA) CORP.,
Defendant - Appellant

v.

KENNY FAULK
Plaintiff – Appellee

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
HONORABLE MICHAEL L. BROWN
CASE NO. 1:21-CV-1850-MLB

---

# APPELLEE'S SUPPLEMENTAL APPENDIX

---

Aaron B. Maduff
BARRETT & FARAHANY
77 W. Wacker Dr., 45th Floor
Chicago, Illinois 60601
(312) 276-9000
aaron@justiceatwork.com

Benjamin A. Stark
BARRETT & FARAHANY
2921 Piedmont Road
Atlanta, Georgia 30305
(404) 214-0120
bstark@justiceatwork.com

*Counsel for Plaintiff-Appellee*

# TABLE OF CONTENTS

**Docket Title** **Docket/Tab No.**

Plaintiff's Admitted Trial Exhibit 6……………….…………………….……164-5

Plaintiff's Admitted Trial Exhibit 8……………….…..………………..……..…..164-6

Plaintiff's Admitted Trial Exhibit 65……………………………………...…….164-26

Plaintiff's Admitted Trial Exhibit 103……….………………………………......164-38

Certificate of Service

# TAB 164-5

## Plaintiff's Admitted Trial Exhibit 6

DIMERCO





# NAR HR MANAGEMENT MEETING

Prepared by Renee Howard

NAR HR




PLAINTIFF EXHIBIT
6
1:21-cv-01850-MLB
exhibitsticker.com

Los Angeles, California

Faulk000045

# NAR HR Goals

1. **Let's Work Together**

   Recruiting, interview methods may have evolved since you were hired. Be open to FT / Skyping an candidate that is currently working. Along with not all candidates only had 1 -2 jobs after college, some may need to find their niche.

2. **Communication**
   - If you are not interested in hiring please communicate this. I want to be considerate of your time and the candidates as well mine.
   - If you express to me reasons you don't want to interview a candidate I presented. I will clarify your reasons and try to stay with your goals.
   - Lets try to remain realistic on the qualities we are looking for in a candidate.

**Let reason together on the plan to obtain your set BP.**

# Ideal Sales Candidates

1. Age range is 26 - 40.
2. 3-5 years International Sales, FF experience.
3. American and Caucasian (preferred) ethnicity.
4. Has potential to excel beyond the applied position.
5. Doesn't need much support or guidance to perform duties.
6. Able work in Dimerco environment and practices.



DIMERCO

# Vetting / Interviewing Process

1. Let's start with thorough communication with the candidate.
2. Discuss the seeking compensation & reimbursement process with the candidate.
3. Share with the candidate your goals for your location.
4. Express your management style and what you expect of the next person you hire.
5. Share with the candidate the working environment. Along with the good things that you do for your employees. (Ex. monthly lunch meeting, awards, birthdays)
6. Ask the candidate what type of manager / company they are looking for.

# Negotiating with Candidates

1. **Know your State / County required Salary requirements.**

2. Viable candidate have options; if you know you want to extend an offer know all the details you would like to note in the offer.

3. When starting the negotiating I will be considerate of all parties time. We don't want to prolong the process.

4. Keep in mind Personnel matters (payroll, offer letter details) are confidential I ask you use discretion.

5. If you share with a candidate company practices or incentive program be sure we have it documented and able to explain it to the candidate.




Faulk000050

**From:** Renee Howard Renee_R_Howard@dimerco.com
**Subject:** FW: NAR HR- Oct.pptx
**Date:** February 25, 2020 at 12:49 PM
**To:** reneehoward.a@gmail.com

Transport Topics 2019 TOP AIRFREIGHT FORWARDER
Transport Topics 2019 TOP OCEAN FREIGHT FORWARDER

With Regards,

Renee Howard
Regional Recruiting Manager
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 310 - 606- 8900 ext.340
Fax: +1 310 - 606- 8915
http://www.dimerco.com
New Dimerco Video
"DIMERCO - Your China & ASEAN Logistics Specialist in North America"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available onwww.dimerco.com or upon request)

---

**From:** Renee Howard
**Sent:** Monday, September 23, 2019 5:11 PM
**To:** Ted Chen <ted_chen@dimerco.com>
**Cc:** Herbert Liou <herbert_liou@dimerco.com>
**Subject:** NAR HR- Oct.pptx

Hello ,

Please find attached my PPT for Oct. meeting.

With Regards,

Renee Howard
Regional Human Resource Manager
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 310 - 606- 8900 ext.340
Fax: +1 310 - 606- 8915
http://www.dimerco.com
New Dimerco Video
"DIMERCO - Your China & ASEAN Logistics Specialist in North America"

All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

NAR HR-Oct.pptx

# TAB 164-6

Plaintiff’s Admitted Trial Exhibit 8

Date: Thu, 23 Jan 2020 6:39:48 PM -0600
Sent: Wed, 22 Jan 2020 10:59:39 PM -0600
Subject: FW: Recruiting Proposal Extension
Attachments: image001.png; image002.png

Dear Cathy,

The following is the draft of my reply to the Renee's eMail.

- We have hired all kind of Race/Age in Dimerco offices. Had you been discriminated when you were hired? However, to ensure in hiring appropriate Sales in organization, I would like you to understand the Character of Sales to fit our Biz: a) DIMUS is focusing on Caucasian Market b) We need young person to be Sales and mature People to be Sales Management.
- I did not feel comfortable to the Candidates of Regional Sales proposed by you, It is the main reason I wanted to see the Candidate able to achieve Personal Performance in Local.
- I told you many times that you would handle other HR function after you past Probation by achieving KPI set up by Anthony when you were hired.
- I tried to understand your difficulty and encouraged you to change attitude so that you can build your career in Dimerco. In return, I wish you can learn Culture of Dimerco and change your mindset to accommodate yourself to fit into this organization. Complaint will only leave you behind team with unpleasant result.
- You have hired two local Sales. The timeline for hiring local Sales as your KPI is: a) Hiring two more Local Sales by Mar 15, 2020 b) Total hiring 4 Local Sales by May 30, 2020 from this moment. Please confirm your acceptance.

Herbert Liou
President
Dimerco Express (USA) Corp,
Dimerco Express Group
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
New Dimerco Video
"Mobile Intelligence Logistics Service Provider"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

PLAINTIFF EXHIBIT
8
1:21-cv-01850-MLB
exhibitsticker.com

**From:** Renee Howard <Renee_R_Howard@dimerco.com>
**Sent:** Wednesday, January 22, 2020 2:27 PM
**To:** Herbert Liou <herbert_liou@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Herbert,

Your set criteria has restricted the hiring for the Local Sales, it's discriminating to search for candidate base on race and age. I have set Atlanta as my priority and spoken to the location, they are open to hiring an diverse candidate. I am doing the best I can with the tools I have set before me to find qualified candidates.
The age and race of candidates you would like to reach prefer a branded company and a company that offer support to sales, which involves less work for them. Bill Kessler last 3 interviews all wanted more compensation after he discussed the duties of

the role.
Finding an caucasian under 40 candidate that is willing to do their own marketing, branding and start to end of Sales without support along with having 2-3 years of international FF experience. With the ability to come on the job start working on day one with minimum training isn't a small task.

As far the upper Sales Management, we have discussed the hiring process on the position on several occasions. Your choice on the method of hiring is very unique and not very common to most professional. Most candidates do not respond to the request for the Excel list or when I am not able to share details on the commission or bonus structure. (which I am still not clear on)
I tried to communicate a solution on this role, I have asked the exact on what you looking for to avoid wasting either of our time. At one time I thought you were hiring outside candidates then I am told; ask the candidates to take lower roles and work their way up over time to be considered for the NAR role. I've asked Angela her advice and she shared her opinion with me. I suggested lowering the title due & duties due to your process.

I would like to say my time here at Dimerco Express has not been a clear path, I believe I tried to roll with the punches. I had to reorganize then rearrange many things in order to begin a task. I didn't begin truly recruiting for Sales until 90 days into my employment; I created job descriptions, tried convincing the locations to work with me, Job posting and creating BM LinkedIn accounts etc. Filling non-sales positions along with limited access to candidates for the first 6mths.
If I ask a question normally I do not get a response, receive an response as if I should know with several individuals copied (which is embarrassing) or told to go ask someone else. I was never told who to go to after my Manager quit, I am not included in any of the inter-office NAR meetings I just figured you rather not speak English. I work solo and there is no communication I 've tried to build communication it seems unwanted. I was assigned an mentor that normally is busy with their task and advice is based on their professional experience which is limited in HR / Recruiting. Why keep the same method of doing things and wanting different results?
If I mention anything I am told don't do HR just recruit, I thought I was part of your team. I have made you aware of things that I thought maybe you're not aware of when it comes to HR of because you don't have a professional HR based off what I have observed. At one time Angela would encourage me to share things with Anthony and yourself. I have discontinue this at your request.
I do ask you to inform the employees I am not HR because I am always asked HR questions or told "I am easier to work with...". I am not doing the HR Manager role now and no longer inspire to, I am not familiar with the method on how Dimerco handles HR, employee matters or US compliances I rather just recruit to save frustration.
In my short time here as a HR Manager I tried to build a community here and brand the company on the social media platform to appear to be well rounded (I received good feedback and along with negativity). Happy employees will refer friends and provide quality social reviews. I know this will capture the audience you wanted to bring in to Dimerco and I asked Katia to assist me because of her knowledge. That has been cancelled. I don't have a timeline with dates to provide you; you can provide one and I will do my earnest to meet it.

With Regards,

Renee Howard
Regional Human Resource Manager
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 310 - 606- 8900 ext.340
Fax: +1 310 - 606- 8915
http://www.dimerco.com
New Dimerco Video
"DIMERCO - Your China & ASEAN Logistics Specialist in North America"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available onwww.dimerco.com or upon request)

**From:** Herbert Liou <herbert_liou@dimerco.com>
**Sent:** Tuesday, January 21, 2020 6:02 PM
**To:** Renee Howard <Renee_R_Howard@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

I need your timeline to hire Local Account Executive. You can temporarily suspend the hiring of High Level Sales Management. However, if you have very good candidate who can generate Personal Performance and build Sales Team, please let me know.

Herbert Liou
President
Dimerco Express (USA) Corp,
Dimerco Express Group
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
New Dimerco Video
"Mobile Intelligence Logistics Service Provider"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

---

**From:** Renee Howard <Renee_R_Howard@dimerco.com>
**Sent:** Tuesday, January 21, 2020 4:53 PM
**To:** Herbert Liou <herbert_liou@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Herbert,

With Regards,

Renee Howard
Regional Human Resource Manager
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 310 - 606- 8900 ext.340
Fax: +1 310 - 606- 8915
http://www.dimerco.com
New Dimerco Video
"DIMERCO - Your China & ASEAN Logistics Specialist in North America"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available onwww.dimerco.com or upon request)

---

**From:** Herbert Liou <herbert_liou@dimerco.com>

**Sent:** Tuesday, January 21, 2020 3:03 PM
**To:** Renee Howard <Renee_R_Howard@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Dear Renee,

You told me on Jan 31/19 that You would have many good candidates of local sales for interview. May I know the progress?

- I am continuingly seeking candidates that are within your criteria of age and race, along within the location preferences.
- I feel we should discuss the process of recruiting and expectations with the set criteria.

In the meantime, I would like to know your plan to the following commitment?

- I've started reaching out to the BM and asked / request to be open & flexible with the set criteria (stated above).
- I was advised by you to hold off on High level Sales; you had like a hire within (unsure on the process).

4 Account Exectives by Dec 31, 2019.
Total 6 Account Exectives Plus Min. 1 High Level Sales Management by Mar 31, 2020.

Herbert Liou
President
Dimerco Express (USA) Corp,
Dimerco Express Group
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
New Dimerco Video
"Mobile Intelligence Logistics Service Provider"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

---

**From:** Renee Howard <Renee_R_Howard@dimerco.com>
**Sent:** Monday, December 30, 2019 3:19 PM
**To:** Herbert Liou <herbert_liou@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Hello Herbert,

With tomorrow being December 31st, I am not sure what to expect or to prepare.

With Regards,

# TAB 164-26

## Plaintiff's Admitted Trial Exhibit 65

**Date:** Fri, 24 Jan 2020 9:05:44 AM -0600
**Sent:** Fri, 24 Jan 2020 9:05:43 AM -0600
**Subject:** Re: Recruiting Proposal Extension
**From:** Cathy Chou
**Attachments:** image001.png; image002.png

Dear Herbert,
After reviewing the messages below, it would appear there is more to this story than can be found in the emails.
What I can say is this....
If we puts in writing that you want a specific race and age, Both you and the company are guilty of discrimination and if we ever get a legal complaint, these emails will result in a guilty verdict and large damage award. It is strongly suggested to reword the message. I can help to rewrite the message after we can discuss more detail.

Cathy Chou
Director, Administrative and Compliance
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 630-592-4388
Fax: +1 630-766-2362
Cell: +1 630-804-9180
Http://www.dimerco.com
"Mobile Intelligence Logistics Service Provider"
All transactions are subject to the Company's Standard Trading Condition (Copy is available on www.dimerco.com or upon request)

---

**From:** Herbert Liou <herbert_liou@dimerco.com>
**Sent:** Thursday, January 23, 2020 6:49:29 PM
**To:** Cathy Chou <cathy_chou@dimerco.com>
**Subject:** FW: Recruiting Proposal Extension

Dear Cathy,

The following is the draft of my reply to the Renee's eMail.

- We have hired all kind of Race/Age in Dimerco offices. Had you been discriminated when you were hired? However, to ensure in hiring appropriate Sales in organization, I would like you to understand the Character of Sales to fit our Biz: a) DIMUS is focusing on Caucasian Market b) We need young person to be Sales and mature People to be Sales Management.
- I did not feel comfortable to the Candidates of Regional Sales proposed by you, It is the main reason I wanted to see the Candidate able to achieve Personal Performance in Local.
- I told you many times that you would handle other HR function after you past Probation by achieving KPI set up by Anthony when you were hired.
- I tried to understand your difficulty and encouraged you to change attitude so that you can build your career in Dimerco. In return, I wish you can learn Culture of Dimerco and change your mindset to accommodate yourself to fit into this organization. Complaint will only leave you behind team with unpleasant result.
- You have hired two local Sales. The timeline for hiring local Sales as your KPI is: a) Hiring two more Local Sales by Mar 15, 2020 b) Total hiring 4 Local Sales by May 30, 2020 from this moment. Please confirm your acceptance.

PLAINTIFF
EXHIBIT
65
1:21-cv-01850-MLB
exhibitsticker.com

Herbert Liou
President
Dimerco Express (USA) Corp,
Dimerco Express Group
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
New Dimerco Video
"Mobile Intelligence Logistics Service Provider"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

**From:** Renee Howard <Renee_R_Howard@dimerco.com>
**Sent:** Wednesday, January 22, 2020 2:27 PM
**To:** Herbert Liou <herbert_liou@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Herbert,

Your set criteria has restricted the hiring for the Local Sales, it's discriminating to search for candidate base on race and age. I have set Atlanta as my priority and spoken to the location, they are open to hiring an diverse candidate. I am doing the best I can with the tools I have set before me to find qualified candidates.
The age and race of candidates you would like to reach prefer a branded company and a company that offer support to sales, which involves less work for them. Bill Kessler last 3 interviews all wanted more compensation after he discussed the duties of the role.
Finding an caucasian under 40 candidate that is willing to do their own marketing, branding and start to end of Sales without support along with having 2-3 years of international FF experience. With the ability to come on the job start working on day one with minimum training isn't a small task.

As far the upper Sales Management, we have discussed the hiring process on the position on several occasions. Your choice on the method of hiring is very unique and not very common to most professional. Most candidates do not respond to the request for the Excel list or when I am not able to share details on the commission or bonus structure. (which I am still not clear on)
I tried to communicate a solution on this role, I have asked the exact on what you looking for to avoid wasting either of our time. At one time I thought you were hiring outside candidates then I am told; ask the candidates to take lower roles and work their way up over time to be considered for the NAR role. I've asked Angela her advice and she shared her opinion with me. I suggested lowering the title due & duties due to your process.

I would like to say my time here at Dimerco Express has not been a clear path, I believe I tried to roll with the punches. I had to reorganize then rearrange many things in order to begin a task. I didn't begin truly recruiting for Sales until 90 days into my employment; I created job descriptions, tried convincing the locations to work with me, Job posting and creating BM LinkedIn accounts etc. Filling non-sales positions along with limited access to candidates for the first 6mths.
If I ask a question normally I do not get a response, receive an response as if I should know with several individuals copied (which is embarrassing) or told to go ask someone else. I was never told who to go to after my Manager quit, I am not included in any of the inter-office NAR meetings I just figured you rather not speak English. I work solo and there is no communication I've tried to build communication it seems unwanted. I was assigned an mentor that normally is busy with their task and advice is based on their professional experience which is limited in HR / Recruiting. Why keep the same method of doing things and wanting different results?
If I mention anything I am told don't do HR just recruit, I thought I was part of your team. I have made you aware of things that I thought maybe you're not aware of when it comes to HR of because you don't have a professional HR based off what I have observed. At one time Angela would encourage me to share things with Anthony and yourself. I have discontinue this at your request.
I do ask you to inform the employees I am not HR because I am always asked HR questions or told "I am easier to work with…".
I am not doing the HR Manager role now and no longer inspire to, I am not familiar with the method on how Dimerco handles HR, employee matters or US compliances I rather just recruit to save frustration.

In my short time here as a HR Manager I tried to build a community here and brand the company on the social media platform to appear to be well rounded (I received good feedback and along with negativity). Happy employees will refer friends and provide quality social reviews. I know this will capture the audience you wanted to bring in to Dimerco and I asked Katia to assist me because of her knowledge. That has been cancelled. I don't have a timeline with dates to provide you; you can provide one and I will do my earnest to meet it.

With Regards,

Renee Howard
Regional Human Resource Manager
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 310 - 606- 8900 ext.340
Fax: +1 310 - 606- 8915
http://www.dimerco.com
New Dimerco Video
"DIMERCO - Your China & ASEAN Logistics Specialist in North America"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available onwww.dimerco.com or upon request)

**From:** Herbert Liou <herbert_liou@dimerco.com>
**Sent:** Tuesday, January 21, 2020 6:02 PM
**To:** Renee Howard <Renee_R_Howard@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

I need your timeline to hire Local Account Executive. You can temporarily suspend the hiring of High Level Sales Management. However, if you have very good candidate who can generate Personal Performance and build Sales Team, please let me know.

Herbert Liou
President
Dimerco Express (USA) Corp,
Dimerco Express Group
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
New Dimerco Video
"Mobile Intelligence Logistics Service Provider"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

**From:** Renee Howard <Renee_R_Howard@dimerco.com>
**Sent:** Tuesday, January 21, 2020 4:53 PM

**To:** Herbert Liou <herbert_liou@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Herbert,

With Regards,

Renee Howard
Regional Human Resource Manager
Dimerco Express (U.S.A.) Corp. (NAR)
Tel: +1 310 - 606- 8900 ext.340
Fax: +1 310 - 606- 8915
http://www.dimerco.com
New Dimerco Video
"DIMERCO - Your China & ASEAN Logistics Specialist in North America"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available onwww.dimerco.com or upon request)

---

**From:** Herbert Liou <herbert_liou@dimerco.com>
**Sent:** Tuesday, January 21, 2020 3:03 PM
**To:** Renee Howard <Renee_R_Howard@dimerco.com>
**Subject:** RE: Recruiting Proposal Extension

Dear Renee,

You told me on Jan 31/19 that You would have many good candidates of local sales for interview. May I know the progress?

- I am continuingly seeking candidates that are within your criteria of age and race, along within the location preferences.
- I feel we should discuss the process of recruiting and expectations with the set criteria.

In the meantime, I would like to know your plan to the following commitment?

- I've started reaching out to the BM and asked / request to be open & flexible with the set criteria (stated above).
- I was advised by you to hold off on High level Sales; you had like a hire within (unsure on the process).

4 Account Exectives by Dec 31, 2019.
Total 6 Account Exectives Plus Min. 1 High Level Sales Management by Mar 31, 2020.

Herbert Liou
President

# TAB 164-38

## Plaintiff’s Admitted Trial Exhibit 103

| | |
|---|---|
| Date: | Thu, 10 May 2018 7:21:42 PM -0500 |
| Sent: | Mon, 30 Apr 2018 7:04:00 PM -0500 |
| Subject: | FW: Plan of managing DIMUS - 2nd Revision |
| Attachments: | image001.png; 180417 DIMUS Sales Force Expansion Plan.xlsx; 180417 DIMUS Business Growth Target Table.xlsx; 180419 DIMUS Office Expansion Plan (003).xlsx |

Dear Mr. Chien and Edward,

I have further revised the subject as follows:

1. Sales Force
   a) Enforcing BM to increase Sales Force as attached from current 7 Sales to 30 Sales by 2021 via assistance from NAR/HR.
   b) Strongly monitoring BM to enhance Sales Activity Management and Sales Performance Review. Hopefully, our Revenue/GP growth from Sales will be from $14,616,000/1,759,000 in 2017 to $25,277,600/$3,300,000 at the end of 2021.

2. Office Expansion: Wish to add Irvine, CA/Phoenix/Seattle/San Diego/Milwaukee/Austin/South Carolina/Savanah as attached by the end of 2021.

3. Alliance Agent: Closely working with CRP and Ray to secure additional 3 productive agents by 2021.

4. Commission Sales: Closely working with Sales & Marketing Manager/VP and BM to add 5 productive Commission Sales by 2021.

5. Marketing
a) Hiring Caucasian Sales & Marketing Manager/VP in LAX/NYC respectively.
b) Continue Pairing Concept by leveraging Caucasian Sales & Marketing Manager/VP and Ted to assist local office closing sizeable A/C.
c) Enhancing the quality in processing FRI/RFQ/Bidding to increase Successful Ratio of MNC/CRP/Key A/C from 36% in 2017 to 50%.
d) Focal Industry will remain Semiconductor/Aerospace/Wearing Apparel/Auto Parts/Oil & Gas/Solar Energy/Medical Equipment/Project Cargo.
e) Extending the attendance of Industry Show from Aerospace to other Vertical Industry, such as Wearing Apparel/Project Cargo.
f) Continue promoting India Market. f-1) Selling Import Service to Direct A/C and Co-Loader which has no presentation in India as well. F-2) Leveraging Add-On Service, such as Import License Application, Legal Compliance, Import Duty Assessment and Insurance, to sell Export Service to Direct A/C & Co-loader.
g) Continue creating Sales Lead via information of Datamyne to local office.
h) Providing Analysis of Sales Pipeline to local BM for further strengthening Sales Activity Management.
i) Continue sending industry news to clients via ePromotion Platform.
j) Continue asking BM to promote POMS to OI Clients with Min. 100 TEU/Per Year for better yield and gaining loyalty.
k) Leverage POMS to secure client with potential of Buyer's/Shipper's Consolidation.

6. Customer Service & Operation:
a) Ensure BM to maintain excellent Service Quality of CS/OP (KPI: Every Office's Customer Satisfactory Survey must be Min. 95% to the score above average)
b) Share irregularity case as Case Study to all BM for alert.
c) Adding Reward/Penalty Clause in OP Incentive Program

PLAINTIFF
EXHIBIT
103
1:21-cv-01850-MLB
exhibitsticker.com

DIMERCO011156

d) Fully utilizing Value+ (KPI:

7. Hiring experienced HR Manager in LAX to handle HRD/HRM. Recruiting quality Staff/Managers and reserve Talent Management will be the key focus.

8. Carrier Management: Assist local office to develop Air/Ocean Carrier relationship.

9. Value+ Implementation & Utilization: Enforcing BM to lead all staffs fully utilizing Value+ to increase efficiency.

10. MIS in NAR: Focus on Local Application Development with Vendors/Clients.

11. DCB:
  a) Continue internal crossing selling of Brokerage Service
  b) Enforcing DCB to have organic growth by securing new Biz from clients outside of DIM system.
  c) In cope with Trump Administration's Policy of "Made in USA" and Tax Cut, DCB needs to promote the niche points of service of DCB to GCR/SER/NER offices to gain new A/C which intends to set up Manufacture Plant or increasing Biz in USA.

12. Tonnage/Volume/Revenue/GP Target by 2021
  a) Increasing AI Tonnage from 5,507 Tons in 2017 to 7,407 Tons
  b) Increasing AE Tonnage from 11,598 Tons in 2017 to 12,300 Tons
  c) Increasing OI/FCL from 12,845 TEU (Excluding Nextracker 14,954 TEU in 2017) to 17,345 TEU
  d) Increasing OI/LCL from 27.473 CBM to 32,423 CBM
  e) Increasing OE/FCL from 4,447 TEU to 5,150 TEU
  f) Increasing OE/LCL from 6,426 CBM to 7,390 CBM
  g) Increasing DIMUS Rev. from $82,230,000 (excluding Nextracker OI/FCL Rev. $38,744,265) to $97,158,000
  h) Increasing DIMUS GP from $8,307,496 (excluding Nextrack OI/FCL GP $4,601624) to $10,347,000
  i) After new Tariff under Trump's Trading Policy, will work with DIMSFO to maintain Nextracker Biz with OI/FCL at 5,000 TEU with Rev. $12,000,000/GP $900,000 through 2021.

Herbert Liou
Regional Ocean Freight VP of NAR
Dimerco Express Group
Dimerco Express (USA) Corp. (DIMLAX)
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
"DIMERCO - Your China & ASEAN Logistics Specialist in USA"

All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

---

**From:** Herbert Liou
**Sent:** Monday, April 23, 2018 2:22 PM
**To:** Paul Chien <paul_chien@dimerco.com>; Edward Lin <edward_lin@dimerco.com>
**Cc:** Roy CHEN <roy_chen@dimerco.com>
**Subject:** RE: Plan of managing DIMUS - Revised

Dear Mr. Chien and Edward,

Please find the Revised Plan:

1. Sales Force
   a) Enforcing BM to increase Sales Force as attached from current 7 Sales to 30 Sales by 2021 via assistance from NAR/HR.
   b) Strongly monitoring BM to enhance Sales Activity Management and Sales Performance Review. Hopefully, our Revenue/GP growth from Sales will be from $14,616,000/1,759,000 in 2017 to $25,277,600/$3,300,000 at the end of 2021.

2. Office Expansion: Wish to add Irvine, CA/Phoenix/Seattle/San Diego/Milwaukee/Austin/South Carolina/Savanah as attached by the end of 2021.

3. Alliance Agent: Closely working with CRP and Ray to secure additional 3 productive agents by 2021.

4. Commission Sales: Closely working with Sales & Marketing Manager/VP and BM to add 5 productive Commission Sales by 2021.

5. Marketing
a) Hiring Caucasian Sales & Marketing Manager/VP in LAX/NYC respectively.
b) Continue Pairing Concept by leveraging Caucasian Sales & Marketing Manager/VP and Ted to assist local office closing sizeable A/C.
c) Enhancing the quality in processing FRI/RFQ/Bidding to increase Successful Ratio of MNC/CRP/Key A/C.
d) Focal Industry will remain Semiconductor/Aerospace/Wearing Apparel/Auto Parts/Oil & Gas/Solar Energy/Medical Equipment/Project Cargo.
e) Extending the attendance of Industry Show from Aerospace to other Vertical Industry, such as Wearing Apparel/Project Cargo.
f) Continue promoting India Market. f-1) Selling Import Service to Direct A/C and Co-Loader which has no presentation in India as well. F-2) Leveraging Add-On Service, such as Import License Application, Legal Compliance, Import Duty Assessment and Insurance, to sell Export Service to Direct A/C & Co-loader.
g) Continue creating Sales Lead via information of Datamyne to local office.
h) Providing Analysis of Sales Pipeline to local BM for further strengthening Sales Activity Management.
i) Continue sending industry news to clients via ePromotion Platform.
j) Continue asking BM to promote POMS to OI Clients with Min. 100 TEU/Per Year for better yield and loyalty of client.

6. Customer Service & Operation:
a) Ensure BM to maintain excellent Service Quality of CS/OP
b) Share irregularity case as Case Study to all BM for alert.

c) Adding Reward/Penalty Clause in OP Incentive Program
d) Fully utilizing Value+.

7. Hiring experienced HR Manager in LAX to handle HRD/HRM. Recruiting quality Staff/Managers and reserve Talent Management will be the key focus.

8. Carrier Management: Assist local office to develop Air/Ocean Carrier relationship.

9. Value+ Implementation & Utilization: Enforcing BM to lead all staffs fully utilizing Value+ to increase efficiency.

10. MIS in NAR: Focus on Local Application Development with Vendors/Clients.

11. DCB:
a) Continue internal crossing selling of Brokerage Service
b) Enforcing DCB to have organic growth by securing new Biz from clients outside of DIM system.
c) In cope with Trump Administration's Policy of "Made in USA" and Tax Cut, DCB needs to promote the niche points of service of DCB to GCR/SER/NER offices to gain new A/C which intends to set up Manufacture Plant or increasing Biz in USA.

12. Tonnage/Volume/Revenue/GP Target as attached by 2021
a) Increasing AI Tonnage from 5,507 Tons in 2017 to 7,407 Tons
b) Increasing AE Tonnage from 11,598 Tons in 2017 to 12,300 Tons
c) Increasing OI/FCL from 12,845 TEU (Excluding Nextracker 14,954 TEU in 2017) to 17,345 TEU
d) Increasing OI/LCL from 27.473 CBM to 32,423 CBM
e) Increasing OE/FCL from 4,447 TEU to 5,150 TEU
f) Increasing OE/LCL from 6,426 CBM to 7,390 CBM
g) Increasing DIMUS Rev. from $82,230,000 (excluding Nextracker OI/FCL Rev. $38,744,265) to $97,158,000
h) Increasing DIMUS GP from $8,307,496 (excluding Nextrack OI/FCL GP $4,601624) to $10,347,000
i) After new Tariff under Trump's Trading Policy, will work with DIMSFO to maintain Nextracker Biz for OI/FCL at 5,000 TEU with Rev. $12,000,000/GP $900,000 through 2021.

Herbert Liou
Regional Ocean Freight VP of NAR
Dimerco Express Group
Dimerco Express (USA) Corp. (DIMLAX)
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
"DIMERCO - Your China & ASEAN Logistics Specialist in USA"

All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

**From:** Paul Chien
**Sent:** Tuesday, April 17, 2018 1:31 AM
**To:** Herbert Liou <herbert_liou@dimerco.com>; Edward Lin <edward_lin@dimerco.com>
**Cc:** Roy CHEN <roy_chen@dimerco.com>
**Subject:** Re: Plan of managing DIMUS

Dear Herbert,
Reference to the plan you drafted, I would like to comment as follow.
1. For recruitment of direct sales from 7 to 30 in 4 years, please do illustrate by operating unit and by year in a matrix table.
2. For network expansion, please also illustrate those 8 locations by year in a matrix table.
3. For alliance development by equity participation or acquisition, CRP will work with Ray and/or NAR management staffs to develop.
4. Commission sales -should not just depend on the single efforts of Greg. As if failed, our Opportunity Cost is too high.
5. Same logic applies to Sales & Marketing endeavor in NAR. Greg' s capacity better remain in Mid-west to work together with Veronica while Katia works in Texas. You may need to hire at least one caucasiam each in LAX and NYC respectively for business developments.
6. Target industry aiming at Wearing apparel should be for AI, OI and Sea/Air via DBX other than Project cargo and Aero space components & parts movements.
7. Target Market by geographical location aiming at India could be sold not only to direct account, but cargo agents who do not have proper representation in India. For export to India, the key is not only lied in space and routing arrangement, but also Import licensing Application, Legal Compliance and Import Duty Assessment, etc. Cargo Insurance may be a good supplementary Product to sell along with, to medium or small size customers and/or co-loaders.
8. For Customs Brokerage Service in the USA other than cross-selling within DIMUS operating units, please do promote through our Asian and China operating units to Asian or Chinese customers who have interest to set up manufacture plants in the USA per Trumpt administration' s policy of 「Made in the USA」 and latest tax cut, or selling finished goods or components to customers in the USA.
9. Who are target customer groups you plan to promote the POMS to?
10. For Customer Service & Operation quality improvement,
Other than working level and on-job training, I think you should set clear KPI with reward and penalty program rather than just an ambiguous standard, so is the use of Value+.
11. For recruitment and development of potential management, I presume you need to enhance the HR in NAR rather than depending on Angela.
12. For forecasted tonnage and revenue target to achieve, please illustrate in matrix table for easy back track in the years to come.
Should Edward or Roy have comments other than the above, please do advise.

Best regards,

Paul Chien
"Your China & ASEAN Logistics Specialist"

From: Herbert Liou <herbert_liou@dimerco.com>
Sent: Tuesday, April 10, 2018 6:47 AM
Subject: Plan of managing DIMUS

To: Paul Chien <paul_chien@dimerco.com>, Edward Lin <edward_lin@dimerco.com>
Cc: Roy CHEN <roy_chen@dimerco.com>

Dear Mr. Chien and Edward,

Allowing me to submit my plan in managing DIMUS as follows. Your correction will be highly appreciated.

1. Sales Force
   a) Enforcing BM to increase Sales Force as attached from current 7 Sales to 30 Sales by 2021 via assistance from NAR/HR.
   b) Strongly monitoring BM to enhance Sales Activity Management and Sales Performance Review. Hopefully, our Revenue/GP growth from Sales will be from $14,616,000/1,759,000 in 2017 to $25,277,600/$2,854,900 at the end of 2021.

2. Office Expansion: Wish to add San Bernardio, CA/Phoenix/Seattle/San Diego/Milwaulkee/Austin/South Carolina/Savanah by the end of 2021.

3. Alliance Agent: Closely working with Ray to secure additional 3 productive agents by 2021.

4. Commission Sales: Closely working with Greg to add 5 productive Commission Sales by 2021.

5. Marketing
a) Continue Pairing Concept by levearaging Greg/Katia/Ted to assist local office clsong sizeable A/C.
b) Enhancing the quality in proessing FRI/RFQ/Bidding to increase Successful Ratio of MNC/CRP/Key A/C.
c) Extending the attendance of Industry Show from Aerospace to other Vertical Industry, such as Wearing Apparel/Project Cargo.
d) Continue promoting India Market
e) Continue creating Sales Lead via inforamtion of Datamyne to local office.
f) Providing Analysis of Sales Pipeline to lcoal BM for further stregnthening Sales Activity Management.
g) Continue sending industry news to clients via ePromotion Platform.
h) Continue asking BM to promte POMS for better yield and loyalty of client.

6. Customer Service & Operation: Ensure BM to maitain excellent Service Quality of CS/OP and will share irregularity case as Case Study to all BM for alert.

7. Carrier Management: Assist local office to develop Air/Ocean Carrier relationship.

8. Value+ Implementation & Utilization: Enforcing BM to lead all staffs fully utilizing Value+ to increase efficiency.

9. MIS in NAR: Focus on Local Application Development with Vendors/Clients.

10. DCB:
   a) Continue internal crossing selling of Brokerage Service
   b) Enforcong DCB to have organic growth by securing new Biz from clients outside of DIM system.

11. Tonnage/Volume/Revenue/GP Target by 2021
   a) Increasing AI Tonnage from 5,507 Tons in 2017 to 6,500 Tons
   b) Increasing AE Tonnage from 11,598 Tons in 2017 to 12,300 Tons

c) Increasing OI/FCL from 12,845 TEU (Excluding Nextracker 14,954 TEU in 2017) to 15,000 TEU
d) Increasing OI/LCL from 27.473 CBM to 31,500 CBM
e) Increasing OE/FCL from 4,447 TEU to 5,100 TEU
f) Increasing OE/LCL from 6,426 CBM to 7,390 CBM
g) Increasing DIMUS Rev. from $82,230,000 (excluding Nextracker OI/FCL Rev. $38,744,265) to $94,568,000
h) Increasing DIMUS GP from $8,307,496 (excluding Nextrack OI/FCL GP $4,601624) to $10,000,000
i) After new Tariff under Trump's Trading Policy, will work with DIMSFO to maintain Nextracker Biz with OI/FCL at 5,000 TEU with Rev. $12,000,000/GP $1,000,000 through 2021.

Herbert Liou
Regional Ocean Freight VP of NAR
Dimerco Express Group
Dimerco Express (USA) Corp. (DIMLAX)
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
"DIMERCO - Your China & ASEAN Logistics Specialist in USA"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

---

**From:** Paul Chien
**Sent:** Monday, April 2, 2018 4:33 PM
**To:** Herbert Liou <herbert_liou@dimerco.com>
**Cc:** Roy CHEN <roy_chen@dimerco.com>; Edward Lin <edward_lin@dimerco.com>
**Subject:** Re: Re; My discussion with you in the morning of 19th March

No rush. Please take your time

Paul Chien
Dimerco Express Group
http://www.dimerco.com
" DIMERCO - Your China & ASEAN Logistics Specialist "
All transactions are subject to the Company's Standard Trading Conditions (Copy is available on www.dimerco.com or upon request)

---

**From:** Herbert Liou
**Sent:** Tuesday, April 3, 2018 4:58:21 AM
**To:** Paul Chien

**Cc:** Roy CHEN; Edward Lin
**Subject:** RE: Re; My discussion with you in the morning of 19th March

Dear Mr. Chien,

Thanks to the opportuniity in letting me take challenge of managing DIMUS. I am reviewing my capability and taking serious consideration to what I can commit. May I reply you by the next Mon?

Herbert Liou
Regional Ocean Freight VP of NAR
Dimerco Express Group
Dimerco Express (USA) Corp. (DIMLAX)
Office Tel: 1-310-6068900 Ext.326
FAX: 1-310-6068914
Cell Phone: 1-714-7020745
http://www.dimerco.com
"DIMERCO - Your China & ASEAN Logistics Specialist in USA"
All transactions are subject to the Company's Standard Trading Conditions (Copy is available onwww.dimerco.com or upon request)

---

**From:** Paul Chien
**Sent:** Monday, April 2, 2018 12:37 AM
**To:** Herbert Liou <herbert_liou@dimerco.com>
**Cc:** Roy CHEN <roy_chen@dimerco.com>; Edward Lin <edward_lin@dimerco.com>
**Subject:** Re; My discussion with you in the morning of 19th March

Dear Herbert,
As per our discussion in the morning of 19th March in Los Angeles office, please advise what you plan to do once if you are appointed to manage DIMUS as the President.
Best regards,

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2025, I electronically filed the foregoing ***Appellee's Supplemental Appendix*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 19th day of March, 2025.

**BARRETT & FARAHANY**

s/ *Benjamin A. Stark*
Benjamin A. Stark
Georgia Bar No. 601867

*Attorney for Plaintiff-Appellee*
*Kenny Faulk*

2921 Piedmont Road
Atlanta, GA 30305
(404) 214-0120
bstark@justiceatwork.com